NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALZAL CORP.,<br><br>                          Plaintiff,<br><br>                v.<br><br>EMPORIO MOTOR GROUP, LLC AND AFZAL A. KHAN A/K/A BOBBY KHAN,<br><br>                          Defendants. | Civil Action No.13-cv-4644 (SDW) (SCM)<br><br>**ORDER**<br><br>April 15, 2015 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on March 23, 2015 by Magistrate Judge Steven Mannion ("Judge Mannion"), recommending that plaintiff Alzal Corp.'s ("Plaintiff") Motion to Strike defendant Afzal A. Khan's ("Defendant") answer to the Complaint be granted without prejudice for Defendant's failure to comply with the Court's scheduling orders and to appear on November 20, 2014, January 23, 2015, and March 23, 2015. No objections have been filed to the R&R.

This Court has reviewed the reasons set forth by Judge Mannion in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Mannion (Dkt. No. 59) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

                                                                    s/ Susan D. Wigenton, U.S.D.J.

Orig: Clerk
cc:    Parties
       Magistrate Judge Mannion